UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE McNAIR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID VEST,<br><br>　　　　Defendant.<br>_____/ | Case No. 3:18-CV-0451-RCJ-CLB<br><br>**ORDER** |

IT IS HEREBY ORDERED that Deputy Attorneys General Douglas Rands and S. Paul Edwards shall appear before the United States District Court for the District of Nevada before the Honorable Carla Baldwin, United States Magistrate Judge, 400 South Virginia Street, Fourth Floor, Courtroom One, Reno, Nevada 89501 at **9:00 a.m.** on the **13th** day of **April, 2020,** to show cause why the Office of the Attorney General is failing to accept service for David Vest in this case while simultaneously representing David Vest in *Meeks v. Nevada Department of Corrections*, Case No. 3:18-CV-0431-MMD-WGC.

IT IS FURTHER ORDERED that a copy of this order shall be served upon the Office of the Attorney General via CM/ECF.

**IT IS SO ORDERED.**

DATED: February 26, 2020

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE